IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51194
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ISAIAS GOVEA-FLORES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:99-CR-252-1
--------------------
November 13, 2002

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Isaias Govea-Flores appeals from his conviction of transporting aliens. He contends solely that the evidence was insufficient to support his conviction. We review Govea-Flores' argument for plain error because he did not renew his motion for judgment of acquittal at the close of the evidence. United States v. Green, 293 F.3d 886, 895 (5th Cir. 2002).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Govea-Flores argues that the evidence was insufficient to show that he knew the people he was transporting were aliens and that his transportation of the aliens was in furtherance of their illegal presence in the United States. <u>See</u> 8 U.S.C. § 1324. There is no plain error as the record is neither devoid of evidence with respect to these elements of a 8 U.S.C. § 1324 offense nor was the evidence "so tenuous that a conviction would be shocking." <u>See</u> <u>United States v. Laury</u>, 49 F.3d 145, 151 (5th Cir. 1995).

AFFIRMED.